| Form 668(Y)CM (Rev. June 1994) | DEPARTMENT OF FINANCE - DIVISION OF REVENUE AND TAXATION COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS NOTICE OF TAX LIEN UNDER CNMI TAX LAWS | FILED Clerk District Court |
|---|---|---|

District: Saipan   Serial Number: 20080001TLM

For Optional Use by Recording

JAN - 7 2008

For The Northern Mariana Islands
By _____ (Deputy Clerk)

08-021
01/07/08   10:25
14         80

Commonwealth Recorder

may accrue

Name of Taxpayer: Carrie Camacho-Sali

Residence: P.O. Box 502457, Saipan, MP 96950

**IMPORTANT RELEASE INFORMATION:** With respect to each NMTIT

| Kind of Tax (a) | Tax period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day of Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| OS-3105G | 12/31/2004 | 99-3001245 | 5/12/2005 | 6/11/2015 | 2,612.68 |
| OS-3105G | 3/31/2005 | 99-3001245 | 3/02/2006 | 4/01/2016 | 1,028.98 |
| OS-3105G | 3/31/2006 | 99-3001245 | 6/13/2006 | 7/13/2016 | 2,291.17 |
| OS-3105G | 6/30/2006 | 99-3001245 | 9/11/2006 | 10/11/2016 | 5,107.46 |

Place of Filing: CNMI Superior Court

Signature: Estrellita S. Ada   1/4/2008
Title: Director, Division of Revenue & Taxation

On this 4th day of January, 2008, before me a Notary Public of the CNMI, personally appeared the above signed individual, who acknowledge to me that he signed the foregoing instrument as his free and voluntary act and deed for the purposes therein set forth

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year first above written.

_____
Notary Public

FRANCES T. ADA
NOTARY PUBLIC
Commonwealth of the Northern Mariana Islands
My Commission Expires: 9/12/08
P.O. Box 502881
Saipan, MP 96950

Form 668(Y)CM (Rev. 6-94)